IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| M&P Venture Partners LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MACO Construction Services Incorporated, et al.,<br><br>　　　　Defendants. | No. CV-19-05270-PHX-MTL<br><br>**ORDER** |

　　　　Pursuant to the parties' Stipulation to Dismissal with Prejudice (Doc. 59), and good cause appearing,

　　　　**IT IS ORDERED** granting the parties' Stipulation to Dismissal (Doc. 59), and dismissing the matter, with prejudice, each party to bear its own costs and attorneys' fees.

　　　　**IT IS FURTHER ORDERED** vacating the March 24, 2020 Final Pretrial Conference and the April 7, 2020 Bench Trial.

　　　　**IT IS FINALLY ORDERED** directing the Clerk of Court to terminate this matter.

　　　　Dated this 24th day of February, 2020.

*Michael T. Liburdi*
Michael T. Liburdi
United States District Judge